# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 16 2021 10:49 AM

KEVIN STOCK
COUNTY CLERK
NO: 21-2-07481-4

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY
## CASE COVER SHEET / CIVIL CASE

Case Title: KRISTI SMITH VS. CLOVER PARK SCHOOL DISTRICT NO. 400
Case Number: 21-2-07481-4
Atty/Litigant: Eric Daniel Gilman
Bar#: 41680     Phone: (253) 289-5108
Address: 711 Court A Ste 202
City: TACOMA   State: WA   Zip Code: 98402
Email Address: ____

Please check one category that best describes this case for indexing purposes.

*If you cannot determine the appropriate category, Please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.*

**APPEAL / REVIEW**
___ Administrative Law Review (ALR 2) REV 6
___ Civil, Non-Traffic (LCA 2) REV 6
___ Civil, Traffic (LCI 2) REV 6
___ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
___ Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) STANDARD
___ Third Party Collection (COL 2) REV 4

**JUDGEMENT**
___ Judgement, Another County or Abstract Only (ABJ 2) Non PCLR
___ Transcript of Judgement (TRJ 2) Non PCLR
___ Foreign Judgement Civil or Judgement, Another State (FJU 2) Non PCLR

**TORT / MOTOR VEHICLE**
___ Death, Non-Death Injuries or Property Damage Only (TMV 2) STANDARD

**TORT / NON MOTOR VEHICLE**
___ Other Malpractice (MAL 2) COMPLEX
✔ Personal Injury (PIN 2) STANDARD
___ Property Damage (PRP 2) STANDARD
___ Wrongful Death (WDE 2) STANDARD
___ Other Tort, Products Liability or Asbestos (TTO 2) COMPLEX

**PROPERTY RIGHTS**
___ Condemnation (CON 2) STANDARD
___ Foreclosure (FOR 2) REV 4
___ Property Fairness (PFA 2) STANDARD
___ Quiet Title (QTI 2) STANDARD
___ Unlawful Detainer / Eviction (UND 2) REV 4
___ Unlawful Detainer / Contested (UND 2) REV 4

**OTHER COMPLAINT OR PETITION**
___ Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) REV 4
___ Injunction (INJ 2) REV 4
___ Malicious Harassment (MHA 2) Non PCLR
___ Meretricious Relationship (MER 2) REV 4
___ Minor Settlement/No Guardianship (MST2) REV 4
___ Pet for Civil Commit/Sex Predator (PCC2) REV 4
___ Property Damage Gangs (PRG 2) REV 4
___ Relief from Duty to Register (RDR) REV 12
___ Restoration of Firearm Rights (RFR 2) REV 4
___ Seizure of Property/Comm. of Crime (SPC2) REV 4
___ Seizure of Property Result from Crime (SPR2) REV 4
___ Trust/Estate Dispute Resolution (TDR2) REV 12
___ Restoration of Opportunity (CRP) REV 4

**TORT / MEDICAL MALPRACTICE**
___ Hospital, Medical Doctor, or Other Health Care Professional (MED2) COMPLEX

**WRIT**
___ Habeas Corpus (WHC 2) REV 4
___ Mandamus (WRM 2) REV 4
___ Review (WRV 2) REV 4
___ Miscellaneous Writ (WMW 2) REV 4

**MISCELLANEOUS** _____