# EXHIBIT B

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

September 16 2021 10:53 AM

KEVIN STOCK
COUNTY CLERK
NO: 21-2-07481-4

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR PIERCE COUNTY

| | |
|---|---|
| KRISTI SMITH, an individual,<br><br>    Plaintiff,<br><br>    Vs.<br><br>CLOVER PARK SCHOOL DISTRICT NO. 400,<br><br>    Defendant. | No. 21-2-07481-4<br><br>**Summons** |

TO:   Clover Park School District No. 400

A lawsuit has been started against you in the above-entitled court by Plaintiff Kristi Smith. Plaintiff's claims are stated in the written Complaint for Damages, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and by serving a copy upon the persons signing this Summons within twenty (20) days after the service of this Summons within the State of Washington (or sixty (60) days if served outside of the State of Washington), excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what she asks for because you have not responded. If you serve a notice of appearance on the undersigned attorneys, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the persons signing this Summons. Within 14 days

SUMMONS– 1 of 2
(No. 21-2-07481-4)



BECK CHASE GILMAN PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com

after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated September 16, 2021.

BECK CHASE GILMAN PLLC

By: _____
James W. Beck, WSBA No. 34208
james@bcglawyers.com | D 253.289.5122
Eric D. Gilman, WSBA No. 41680
eric@bcglawyers.com | D 253.289.5108
Janelle E. Chase Fazio, WSBA No. 51254
janelle@bcglawyers.com | D 253.289.5136
Attorneys for Plaintiff Kristi Smith

SUMMONS– 2 of 2
(No. 21-2-07481-4)

BECK CHASE GILMAN PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com