UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTI SMITH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CLOVER PARK SCHOOL DISTRICT NO. 400,<br><br>　　　　　　Defendants. | No. 3:21-cv-05767-JHC<br><br>**Stipulated Motion and Order to Dismiss Plaintiff's Fifth Cause of Action Regarding Unlawful Wage Withholding**<br><br>Note on Motion Calendar: August 25, 2022 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kristi Smith, acting by and through her attorney, Eric D. Gilman, and the Defendant Clover Park School District No. 400, acting through its attorneys Mark F. O'Donnell and Jason Harrington, that per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Fifth Cause of Action for Unlawful Wage Withholding pled by Plaintiff in the above-entitled action, *see* Dkt. 2-3 at pp. 12–13 may be dismissed with prejudice and without costs.

Dated August 25, 2022

BECK CHASE GILMAN PLLC

By: /s/ Eric D. Gilman
　　Eric D. Gilman, WSBA No. 41680
　　eric@bcglawyers.com | D 253.289.5108
　　James W. Beck, WSBA No. 34208
　　james@bcglawyers.com | D 253.289.5122
　　Janelle E. Chase Fazio, WSBA No. 51254
　　janelle@bcglawyers.com | D 253.289.5136
　　Attorneys for Plaintiff

PREG O'DONNELL & GILLETT PLLC

By: /s/ Mark F. O'Donnell
　　Mark F. O'Donnell, WSBA No. 13606
　　Jason Harrington, WSBA No. 45120
　　Attorneys for Defendant

STIP. MTN. AND ORDER TO DISMISS CAUSE OF ACTION NO. 5 WITH PREJUDICE – 1 of 2
(No. 3:21-cv-05767-JHC)

BECK CHASE GILMAN PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Plaintiff's Fifth Cause of Action for Unlawful Wage Withholding against Defendant Clover Park School District No. 400 shall be dismissed with prejudice and without costs.

DATED this 25th day of August, 2022.

_____
THE HON. JOHN H. CHUN
UNITED STATES JUDGE

**Presented jointly by:**

BECK CHASE GILMAN PLLC

By: /s/ Eric D. Gilman
Eric D. Gilman, WSBA No. 41680
eric@bcglawyers.com | D 253.289.5108
James W. Beck, WSBA No. 34208
james@bcglawyers.com | D 253.289.5122
Janelle E. Chase Fazio, WSBA No. 51254
janelle@bcglawyers.com | D 253.289.5136
Attorneys for Plaintiff

PREG O'DONNELL & GILLETT PLLC

By: /s/ Mark F. O'Donnell
Mark F. O'Donnell, WSBA No. 13606
Jason Harrington, WSBA No. 45120
Attorneys for Defendant

STIP. MTN. AND ORDER TO
DISMISS CAUSE OF ACTION
NO. 5 WITH PREJUDICE – 2 of 2
(No. 3:21-cv-05767-JHC)



BECK CHASE GILMAN PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com