UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTI SMITH,<br><br>    Plaintiff,<br><br> v.<br><br>CLOVER PARK SCHOOL DISTRICT NO. 400,<br><br>    Defendant. | CASE NO. 3:21-cv-05767<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Reconsideration of Order. Dkt. # 67. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendant to file a response to the motion no later than Thursday, January 12, 2023.

The Court DIRECTS the Clerk to re-note Plaintiff's motion, Dkt. # 67, for Thursday, January 12, 2023.

Dated this 11th day of January, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1