1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTI SMITH,                                    CASE NO. 3:21-cv-05767

                     Plaintiff,                  ORDER

          v.

CLOVER PARK SCHOOL DISTRICT NO.
400,

                     Defendant.

This matter comes before the Court on Defendant's Motion to Reconsider/Clarify Motions in Limine Order. Dkt. # 69. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Plaintiff to file a response to **subsection B** of the motion no later than Thursday, January 12, 2023.

Dated this 11th day of January, 2023.

John H. Chun
United States District Judge

ORDER - 1