UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTI SMITH,<br><br>              Plaintiff,<br><br>   v.<br><br>CLOVER PARK SCHOOL DISTRICT NO. 400,<br><br>              Defendants. | No. 3:21-cv-05767-JHC<br><br>**Stipulated Motion and Order to Dismiss**<br><br>**Note on Motion Calendar: February 24, 2023** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kristi Smith and Defendant Clover Park School District No. 400, acting through their respective undersigned counsel, that the Parties have settled the above-entitled action, and that such action should be dismissed with prejudice and without costs to either party.

    Dated February 24, 2023.

BECK CHASE GILMAN PLLC

By: /s/ Eric D. Gilman
    Eric D. Gilman, WSBA No. 41680
    eric@bcglawyers.com | D 253.289.5108
    James W. Beck, WSBA No. 34208
    james@bcglawyers.com | D 253.289.5122
    Janelle E. Chase Fazio, WSBA No. 51254
    janelle@bcglawyers.com | D 253.289.5136
    Attorneys for Plaintiff Kristi Smith

PREG O'DONNELL & GILLETT PLLC

By: /s/ Mark F. O'Donnell
    Mark F. O'Donnell, WSBA No. 13606
    Attorneys for Defendant Clover Park School District No. 400

STIPULATED MOTION &
ORDER TO DISMISS – 1 of 2
(No. 3:21-cv-05767-JHC)



BECK CHASE GILMAN PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com

### ORDER

THIS MATTER comes before the Court upon the foregoing stipulation. IT IS SO ORDERED that this action is hereby dismissed with prejudice and without costs to either party.

DATED this 27th day of February 2023.

_____
THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**Presented jointly by:**

BECK CHASE GILMAN PLLC

By: /s/ Eric D. Gilman
   Eric D. Gilman, WSBA No. 41680
   eric@bcglawyers.com | D 253.289.5108
   James W. Beck, WSBA No. 34208
   james@bcglawyers.com | D 253.289.5122
   Janelle E. Chase Fazio, WSBA No. 51254
   janelle@bcglawyers.com | D 253.289.5136
   Attorneys for Plaintiff Kristi Smith

PREG O'DONNELL & GILLETT PLLC

By: /s/ Mark F. O'Donnell
   Mark F. O'Donnell, WSBA No. 13606
   Attorneys for Defendant Clover Park School District No. 400

STIPULATED MOTION &
ORDER TO DISMISS – 2 of 2
(No. 3:21-cv-05767-JHC)


BECK CHASE GILMAN PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104 | bcglawyers.com